ACCEPTED
04-14-00897-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/9/2015 11:18:08 AM
KEITH HOTTLE
CLERK

## NO. 04-14-00897-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/9/2015 11:18:08 AM
KEITH E. HOTTLE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FOURTH JUDICIAL DISTRICT OF TEXAS
## SAN ANTONIO, TEXAS

## IN THE ESTATE OF WILLIAM THOMAS BOOTH

## APPELLANT'S SECOND, UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND MOTION TO SHOW CAUSE

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:

Appellant Kay Lynn Maynard, formerly known as Kay Lynn Maynard Booth (herein "Appellant"), submits this *Appellant's Second, Unopposed Motion for Extension of Time to File Brief and Motion to Show Cause,* and in support of such Motion states as follows.

### Procedural Background

1.    Appellant timely appealed the October 2, 2014, trial court judgment below by filing a December 19, 2014, *Notice of Appeal.* The reporter's record was filed on January 30, 2015. The district clerk's record

1

was filed herein on February 18, 2015, and the supplemental clerk's records were filed on February 26, 2015, and on March 2, 2015. The Appellant's Brief should have been due on April 1, 2015—or thirty (30) days after the later of the filing dates of the clerk's or the reporter's record. TEX. R. APP. P. 38.6(a)(1).

2. By order dated March 25, 2015, however, this Honorable Court of Appeals abated this proceeding, suspended all appellate deadlines for forty-five (45) days, and directed the parties to mediation. This Honorable Court of Appeals then suspended all appellate deadlines until May 28, 2015, (by order dated April 14, 2015), and then until June 12, 2015, (by order dated May 27, 2015).

3. On June 9, 2015, Joe Casseb mediated this appeal without success. See Mediator's Report filed herein on June 10, 2015.

4. By written order entered herein on July 10, 2015, this Honorable Court reinstated this appeal and directed Appellant to file her brief within thirty (30) days of the date of such order, or by August 10, 2015. Importantly, in light of the above suspension of appellate deadlines, this August 10th deadline has been the only official deadline that the Appellant has had for her Brief.

5.    Appellant filed her first, unopposed motion for extension of time to file her brief, which motion was granted *per curiam* by the Clerk of this Court on August 10, 2015. Accordingly, the Appellant's deadline to file her Brief became September 9, 2015.

6.    By Order entered herein on September 24, 2015, this Court directed the Appellant to file her brief, and show cause why this appeal should not be dismissed for want of prosecution under TEX. R. APP. P. 38.8(a), within fifteen (15) days of that Order, or by October 9, 2015. That Order further directed the Appellant to provide a reasonable explanation for failing to have timely filed her Brief by the September 9th deadline.

## Reasonable Grounds / Reasonable Explanation

7.    Appellant requests an additional thirty (30) days to file her brief, extending the time from September 9, 2015, to October 9, 2015, because reasonable grounds support such an extension. Appellant further respectfully submits that she has a reasonable explanation for her failure to file her Brief by the September 9th deadline. Specifically, the undersigned counsel has been preparing in the August to October period, to meet the following deadlines.

| | |
|---|---|
| cause no. 14-03-29356-MCV, *Fitzsimmons v. Blackbrush*, 293rd District Court, Maverick County, Texas; | Discovery deadline: August 15, 2015; |
| cause no. 13-02-00031-CVL, *Peebles Family, LP v. Petrohawk Properties, LP,* 81st District Court, LaSalle County, Texas; | Deadline to file dispositive Motions, *Daubert* Motions, and Motions to Exclude Evidence: August 14, 2015; |
| cause no. 2014-CVF-000167-D2 *San Román Ranch Mineral Partners, Ltd., et al. v. Segundo Navarro Drilling, Ltd., et al.,* 111th District Court, Webb County, Texas; | Hearing on Second Motion to Compel: September 3, 2015; |
| cause no. 8,665, *Cody Texas, LP v. BPL Exploration, Ltd.,* 341st District Court, Webb County, Texas; | Motions in Limine, Jury Questions, Final Exhibit Lists Due: September 13, 2015 |
| cause no. 2015-CVF-001131-D2, *J. Holt Enterprises, Inc. v. CBL & Associates Management, Inc.,* 111th District Court, Webb County, Texas; | Deadline to Designate Experts and File Expert Reports: September 20, 2015 |
| cause no. 2014-CVG-000041-D4, *In the Matter of the Marriage of Triana C. Bazán Lerma and Julio Francisco Lerma,* 406th District Court, Webb County, Texas; | Mediation by court-ordered Deadline: September 21, 2015 |

4

| | |
|---|---|
| cause no. 8,479,<br>*Susan Jennings, Pamela J. Person and*<br>*Tres Mujeres, Ltd. v. Rob Jennings, III,*<br>*and El Veleño, Ltd.,* 49th District Court,<br>Webb County, Texas; | Fourth Mediation of<br>Partition<br>Action to avoid costly<br>commissioners actions,<br>before<br>the Honorable Raúl<br>Vasquez:<br>September 22, 2015; |

8.     The first four (4) matters listed above dominated the schedule of the undersigned counsel and his law office throughout August and September, due to the highly technical subject matter involved in those mineral and property disputes.   The *Fitzsimmons* and *Peebles* matters required considerable travel and numerous phone conferences to accommodate out-of-town counsel, and this travel and conferences imposed and complicated numerous other working deadlines on the undersigned counsel.  Even as some of those tasks and deadlines have since been required to be assigned to other counsel in the undersigned counsel's law office, and certain deadlines had to be partially extended, these responsibilities in the August-September period prevented the completion of Appellant's Brief by the September 9, 2015, deadline.

9.     It has not been possible to file Appellant's Brief any sooner after the September 9th deadline than October 9th.  The September 21st deadline to

mediate the *Bazán* divorce imposed considerable time-consuming tasks on the undersigned counsel, because numerous legal documents in the Spanish language had to be translated and outlined for discussion in the court-ordered mediation. This daunting, court-ordered mediation exercise was required to stem the already considerable litigation cost to the parties, and to streamline issues for the trial planned for November 2015. The *Jennings* mediation also involved more work than the typical mediation: the parties' large ranch about to be partitioned had to be painstaking surveyed; voluminous property and client notes and materials had to be reviewed; and the competing ownership rights had to exhaustively quantified and reconciled with the parties' accountants and lawyer; again, so that the considerable costs and delay of a contested partition could be avoided.

10. Taken together, all these responsibilities prevented the undersigned counsel from devoting the uninterrupted periods of time that were required to complete Appellant's Brief on or before September 9, 2015—and further forced the undersigned counsel to devote a full month after September 9th, to properly and comprehensively complete and file that Brief.

11. The Appellee Estate of William Thomas Booth through counsel Dan Pozza indicated to appellant counsel Adán A. González, III, that

6

Appellee does not oppose this motion. This request for an extension of time is not sought for delay only, but so that justice may be done.

12. Appellant is electronically filing her Brief with this Court, contemporaneously with the filing of this Motion.

WHEREFORE, Appellant Kay Lynn Maynard asks this Honorable Court of Appeals to grant her motion extending the deadline to file her Brief from September 9, 2015, to October 9, 2015, or such other reasonable time as the Court may permit.

Respectfully Submitted,

LAW OFFICES OF
DONATO D. RAMOS, P.L.L.C.
Texas Community Bank Building
6721 McPherson, Suite 350
P.O. Box 452009
Laredo, Texas 78041
Telephone: 956-722-9909
Facsimile: 956-727-5884

By:_____
   Adán A. González, III
   State Bar No. 08122350
   agonzalez@ddrlex.com
   Attorney for Appellant Kay Lynn Maynard f/k/a
   Kay Lynn Maynard Booth

# VERIFICATION

STATE OF TEXAS     §

COUNTY OF WEBB     §

"My name is Adán A. González, III. I am over eighteen (18) years of age, am of sound mind and body, and am otherwise qualified to make this verification. This verification is filed in accordance with TEX. R. APP. P. 10.1(a)(4), and 10.2(a) and (b). All the facts contained in this motion are within my personal knowledge and are true and correct. I am one of the attorneys representing the Appellant Kay Lynn Maynard, f/k/a Kay Lynn Maynard Booth in the instant matter. I am authorized to make this verification on behalf of the Appellant."

Further deponent sayeth not.



_____
Adán A. González, III

SUBSCRIBED AND SWORN TO before me, the undersigned notary public, on October 8, 2015.

_____
Notary Public, State of Texas

CONNIE L. WALKER
Notary Public, State of Texas
My Commission Expires
April 23, 2016

8

## CERTIFICATE OF CONFERENCE

Pursuant to TEX. R. APP. P. 10.1(a)(5), I hereby certify that I conferred with Dan Pozza, appellate counsel for the Estate of William Thomas Booth, and he indicated that the Estate of William Thomas Booth does not oppose this motion.

_____
Adán A. González, III

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2015, I served the following counsel of record with the instant motion as required by the Texas Rules of Appellate Procedure.

Chris Heinrichs
Heinrichs & De Gennaro, P.C.
100 N.E. Loop 410, Suite 1075
San Antonio, Texas 78216

via fax: 210-366-0981 and via
email chrish@heinrichslaw.com

Dan Pozza
Attorney at Law
239 E. Commerce Street
San Antonio, Texas 78205

via fax: 210-222-8477
and via email danpozza@yahoo.com

_____
Adán A. González, III